**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DAGOBERTO HENRIQUEZ GOCHEZ, A#221372129,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **NO. SA-26-CV-3990-JKP** |
| **DIRECTOR, T. DON HUTTO PROCESSING CENTER, ET AL.,** | § | |
| **Respondents.** | § | |

**ORDER OF TRANSFER AND REASSIGNMENT**

Before the Court is *pro se* Petitioner Dagoberto Henriquez Gochez's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (ECF No. 1). Upon review, the Court orders this matter **TRANSFERRED** and **REASSIGNED** to the Honorable Alan Albright.

Petitioner, through counsel, filed a habeas petition on April 10, 2026, generally contesting Petitioner's continued detention. *See Henriquez Gochez v. Vergara*, et al., No. 1:26-cv-00912-ADA-DH (W.D. Tex. Apr. 10, 2026) (ECF No. 1). In that case, the Petition was denied. *Id.* (ECF No. 9).

On June 24, 2026, Petitioner filed the instant *pro se* § 2241 habeas Petition. (ECF No. 1). Therein, Petitioner also contests his detention. (*Id.*). The Court finds the instant matter should be transferred and reassigned to the Honorable Alan Albright.

Pursuant to Section IV of the Amended Plan for Random and Direct Assignment of Cases in Multi-Judge Divisions, entitled Direct Assignment of Civil Cases to the Calendar of a Judge, Subpart B provides the following with respect to petitions for writ of habeas corpus:

> A petition for writ of habeas corpus filed by a person in custody shall be assigned in the same manner as other civil cases except that subsequent petitions filed by the same individual shall be assigned to the judge to whom the most recently filed petition was assigned.

*See* https://www.txwd.uscourts.gov/judges-information/standing-orders/ (last visited on July 13, 2026). Moreover, the Judges in the San Antonio Division traditionally follow the first-to-file rule in civil cases, finding that a second-filed related matter should be transferred to the docket of the first-filed case to alleviate duplication of effort and in the interest of judicial economy with the consent of judge in the first-filed case.

Therefore, because the instant case is a subsequently filed § 2241 Petition filed by Petitioner Dagoberto Henriquez Gochez, and because both Petitions arise "from the same set of pertinent facts," the Undersigned finds the instant case should be transferred to the docket of the Honorable Alan Albright under Section IV of the Amended Plan and to alleviate duplication of effort, in the interest of judicial economy, and with his consent.

**IT IS THEREFORE ORDERED** the above styled and numbered cause, No. SA-26-CV-3990-JKP, is **TRANSFERRED** and **REASSIGNED** to the docket of the Honorable Alan Albright with his consent and for all purposes.

It is so **ORDERED**.

SIGNED this 17th day of July, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE